NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000428
07-NOV-2014
08:51 AM

NO. CAAP-13-0000428

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Matter of the

THOMAS H. GENTRY REVOCABLE TRUST

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 02-1-0030)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of "Appellant/Petitioner Kiana E. Gentry's Motion For Reconsideration of Memorandum Opinion Filed On October 22, 2014" filed October 31, 2014, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 7, 2014.

Presiding Judge

Associate Judge

Associate Judge